**SEKENDIZ LAW FIRM P.C.**
Attorneys at Law
45 Broadway 1420
New York, New York 10006
(212) 380-8087



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2020

1/23/2020

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Case Name:   Dunbar v. Samarpan Inc. et al
Case Number: 1:19-cv-08123-VEC

Hon. US. District Court Judge Caproni,

    I represent the Plaintiff in this action. I am writing this letter to request from Your Honor to adjourn the Initial Conference which is currently scheduled for January 31, 2020 from January 31, 2020 to February 19, 2020 or February 20, 2020 or any other day which Your Honor deems proper. The reason for the request is that parties need more time to have their clients review the agreement. The adjournment is requested by all parties for the best interest of judicial economy to minimize the attorney fees.

    This is Plaintiff's first request to adjourn the conference and the Defendants consent to the request.

    I thank Your Honor for Your time and consideration.

Dated: New York, New York
       1/23/2020

Respectfully Submitted,

____/Ismail S. Sekendiz/_____
Ismail S. Sekendiz (IS-0509)

---

The initial conference is adjourned to **February 21, 2020, at 10:00 A.M.**  Joint pre-conference submissions are due on or before **February 13, 2020**.  Because this is the parties' second request for an extension, no further extensions will be granted.

SO ORDERED.           Date: 01/24/2020

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE